◾ In the Matter of REINER KAISER ASSOCIATES, Appellant, v STATION SQUARE INN APARTMENTS CORP., Respondent. [17 NYS3d 304]—In a proceeding, inter alia, pursuant to CPLR article 75 to permanently stay arbitration, the petitioner appeals, as

limited by its brief, from stated portions of an order of the Supreme Court, Queens County (Grays, J.), entered January 23, 2014, which, inter alia, denied that branch of the petition which was for a permanent stay of arbitration.

Ordered that the order is affirmed insofar as appealed from, with costs.

Although Station Square Inn Apartments Corp. has withdrawn its notice of intention to arbitrate this controversy, this dispute is likely to recur, and therefore should be determined on the merits (see e.g. Matter of Shellfish, Inc. v New York State Dept. of Envtl. Conservation, 76 AD3d 975 [2010]).

The petitioner failed to establish grounds to stay arbitration pursuant to the broadly worded arbitration clause in the parties' agreement (see CPLR 7503 [b]; Matter of Town of Newburgh v Civil Serv. Empls. Assn., 272 AD2d 405 [2000]). Accordingly, its petition for a permanent stay of arbitration was properly denied. Balkin, J.P., Chambers, Miller and Hinds-Radix, JJ., concur.